UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES BAREFIELD, on behalf
himself and all similarly situated
employees,

    Plaintiff,

    v.                                               Case No.:  8:07-CV-1610-T-27- TGW

ROB NOOJIN ROOFING, INC. and
ROB NOOJIN

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

    COMES NOW, Plaintiff, JAMES BAREFIELD, and files this Motion to Substitute Counsel pursuant to Local Rule 2.03(b), Middle District Florida, and states following;

    1.    All parties have received proper notice pursuant to Local Rule 2.03(b) regarding the withdrawal of Charles Scalise, Esquire who is no longer with the Law Firm of MORGAN & MORGAN P.A. as attorney of record for Plaintiff.

    2.    Andrew Frisch, Esquire, of the Law Firm of MORGAN & MORGAN, P.A., shall be substituted in place of Charles Scalise, Esquire, of the Law Firm of MORGAN & MORGAN P.A., as attorney of record for plaintiff. And shall handle all future matters related to this case.

    3.    All future notices, motions, correspondence, pleadings and court orders shall be forwarded to Andrew Frisch, Esquire.

### Rule 3.01(g) Certification

Plaintiff's counsel certifies that pursuant to Local Rule 3.01(g) he has spoken to counsel for the Defendant and that the Defendant's counsel does not object to Plaintiff's motion for substitution of counsel.

**WHEREFORE**, the undersigned respectfully requests that Andrew Frisch, Esquire be substituted for Charles Scalise, Esquire as counsel of record for the Plaintiff.

Respectfully submitted this 12th day of March, 2008.

                                        **/s/ ANDREW FRISCH**
                                        Andrew Frisch, Esq.
                                        Florida Bar No. 27777
                                        MORGAN & MORGAN, P.A.
                                        7450 Griffin Road, Suite 230
                                        Davie, Florida 33314
                                        Telephone:  (954) 318-0268
                                        Facsimile:   (954) 333-3515
                                        E-mail: afrisch@forthepeople.com

                                        Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 12th, 2008 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

**/s/ ANDREW FRISCH**
**Andrew Frisch, Esq.**