UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES BAREFIELD, on behalf
of himself and all similarly situated
employees,

      Plaintiff,

vs.                                      CASE NO. 8:07-cv-1610-T-27TBM

ROB NOOJIN ROOFING, INC. and
ROB NOOJIN,

      Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Unopposed Motion to Substitute Counsel (Dkt. 15).

Upon consideration, it is **ORDERED AND ADJUDGED**:

1)    Plaintiff's Unopposed Motion to Substitute Counsel (Dkt. 15) is **GRANTED**;

2)    Charles Scalise, Esq. is permitted to withdraw as counsel for Plaintiff;

3)    Andrew Frisch, Esq. is hereby substituted as counsel for Plaintiff;

**DONE AND ORDERED** in chambers this 13th day of March, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record