UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES BAREFIELD, on behalf of
himself and all similarly situated
employees,

    Plaintiffs,

vs.                       CASE NO: 8:07-CV-1610-T-27TGW

ROB NOOJIN ROOFING, INC. and
ROB NOOJIN,

    Defendants.
_____/

## NOTICE OF SELECTION OF MEDIATOR

Pursuant to this Court's Order, Plaintiff notifies this Court that the parties have selected Cary Singletary, 509 East Jackson Street, Tampa, Florida, 33602, Phone Number: (813) 301-9339, as the mediator in the above-referenced action. The parties currently are in the process of scheduling a convenient time and place for mediation in accordance with this Court's requirements.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document was filed on this 8th day of May 2007, using the CM/ECF system which will send a copy to counsel for Defendant at the following address: Robert Bauman, Esq., 5020 W Cypress St Ste 200, Tampa, Florida 33607-3804

                                          **s/ ANDREW FRISCH**
                                          Andrew Frisch, Esq.
                                          Fl. Bar No.: 27777
                                          MORGAN & MORGAN
                                          7450 Griffin Road, Suite 230

Davie, Florida 33314  
Telephone:  954-318-0268  
Facsimile:   954-333-3515  
E-mail:   AFrisch@forthepeople.com

Trial Counsel for Plaintiff